UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

N. Paul Friederichs and Jill A. Friederichs,

      Plaintiffs,

            Civ. No. 08-6419 (RHK/JJK)
            **ORDER**

v.

Tom Gorz, *et al.*,

      Defendants.

---

  By Order dated March 3, 2009 (Doc. No. 11), the Court required Plaintiffs to show cause why this matter should not be dismissed for lack of subject-matter jurisdiction. Plaintiffs have now submitted their Response to that Order (Doc. No. 12), asserting several purported bases for jurisdiction. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that on or before March 30, 2009, Defendant IndyMac Bank, F.S.B., the only Defendant to have appeared in this matter, shall serve and file a memorandum addressing (1) Plaintiffs' Response and (2) whether the Court enjoys subject-matter jurisdiction over this action. No further submissions concerning the issue – whether by memorandum, affidavit, letter, or otherwise – will be permitted absent further Order of the Court.

Dated: March 19, 2009               s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge