## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

N. Paul Friederichs and Jill A. Friederichs,

                Plaintiffs,

                              Civ. No. 08-6419 (RHK/JJK)
                              **ORDER**

v.

Tom Gorz, *et al.*,

                Defendants.

---

      This matter is before the Court on Plaintiffs' Request for Leave to Respond to New Issue (Doc. No. 31), in which Plaintiffs seek leave to file a Surreply in connection with Defendant IndyMac Federal Bank, F.S.B.'s Motion to Dismiss.  Plaintiffs' Request is **GRANTED**.  On or before May 15, 2009, Plaintiffs shall serve and file a Memorandum, not to exceed ten pages, addressing the "new" issues raised in Defendant's Reply Memorandum (Doc. No. 26).

      No further submissions, whether by memorandum, affidavit, letter, or otherwise, shall be permitted in connection with Defendant's Motion absent further Order of the Court.


Dated: May 5, 2009                                        s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge